NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CROMAN CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MOUNTAIN WEST HELICOPTERS, LLC,**
*Defendant,*

AND

**SILLER HELICOPTERS, INC.,**
*Defendant-Appellee,*

AND

**COLUMBIA HELICOPTERS, INC.,**
*Defendant-Appellee.*

---

2012-5138

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0075, Judge George W. Miller.

CROMAN CORPORATION V. US                                    2

_____

## ON MOTION

_____

## O R D E R

The United States moves for a 29-day extension of time, until December 28, 2012, to file its initial brief. Croman Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT


                                 /s/ Jan Horbaly
                                Jan Horbaly
                                Clerk

s27